IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS P. FURMAN** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 17-3175 |
| **U.S. SMALL BUSINESS ADMINISTRATION** | : |
| | : |

## ORDER

**AND NOW**, this 12th day of October 2017, upon considering Defendant's Motion to Dismiss (ECF Doc. No. 5), Plaintiff's Response (ECF Doc. No. 6) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 5) is **GRANTED** and the Complaint is **DISMISSED**. The Clerk of Court shall **close** this matter.

KEARNEY, J.